**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**NAHID ZAHIROVIC,**

                **Plaintiff,**

    **v.**                                                    6:06-CV-981

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                **Defendant.**
_____

**APPEARANCES:**                                **OF COUNSEL:**

**FOR PLAINTIFF:**

ANTONOWICZ LAW FIRM              PETER W. ANTONOWICZ, ESQ.
1300 Floyd Avenue
Rome, NY 13440-4600

**FOR DEFENDANT:**

HON. ANDREW T. BAXTER
Acting United States Attorney for the
Northern District of New York
P.O. Box 7198
100 S. Clinton Street
Syracuse, NY 13261-7198

OFFICE OF GENERAL COUNSEL      BARBARA L. SPIVAK, ESQ.
Social Security Administration           Chief Counsel, Region II
26 Federal Plaza
New York, NY 10278                         KIMBERLY L. SCHIRO, ESQ.
                                                         Assistant Regional Counsel

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### **ORDER**

      The above matter comes to me following a Report-Recommendation by Magistrate Judge

David E. Peebles, duly filed on the 15th day of September 2008.  Following ten days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The plaintiff's motion for judgment on the pleadings is granted, the Commissioner's finding of disability is vacated, and the matter is remanded to the agency for further consideration.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 30, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge